**No. 16-11975-GG**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

---

**RAYMUNDO LANDEROS,**
**DIANA LANDEROS,**
***Appellants,***
***v.***
**PINNACLE RECOVERY, INC.,**
***Appellee.***

---

**On Appeal from the United States District Court**
**for the Southern District of Alabama**
**Case number: 1:14-cv-00473-kd-m**

---

# AMICUS CURIAE'S AMENDED UNOPPOSED MOTION TO EXTEND TIME TO FILE AMUICUS CURIAE'S BRIEF

---

**John C. Neiman, Jr.**
**MAYNARD COOPER & GALE P.C.**
**1901 Sixth Avenue North**
**2400 Regions/Harbert Plaza**
**Birmingham, Alabama 35203**
**(205) 254-1228**
**jneiman@maynardcooper.com**

## Certificate of Interested Persons

The following persons and entities have an interest in the outcome of this appeal:

1. Alves, Shawn T., counsel for Plaintiffs-Appellants Raymundo and Diana Landeros;
2. Charity A. Olson, P.C., law firm representing Defendant-Appellee Pinnacle Recovery, Inc.;
3. DuBose, The Honorable Kristi K., United States District Court Judge for the Southern District of Alabama;
4. Ferguson Frost Moore & Young, LLP, law firm representing Defendant-Appellee Pinnacle Recovery, Inc.;
5. Irvine, George R. III, counsel for Plaintiffs-Appellants Raymundo and Diana Landeros;
6. Landeros, Raymundo, Plaintiff-Appellant;
7. Landeros, Diana, Plaintiff-Appellant;
8. Maynard Cooper & Gale P.C., law firm of appointed amicus curiae;
9. Milling, The Honorable Magistrate Judge Bert W. Jr., United States Magistrate Judge for the Southern District of Alabama;

10. Moore, Neal D. III, counsel for Defendant-Appellee Pinnacle Recovery, Inc.;
11. Neiman, John C. Jr., appointed amicus curiae;
12. Olson, Charity A., counsel for Defendant-Appellee Pinnacle Recovery, Inc.;
13. Pinnacle Recovery, Inc., Defendant-Appellee.
14. Riemer, Kenneth J., counsel for Plaintiffs-Appellants Raymundo and Diana Landeros;
15. Segarra, Christine B., counsel for Plaintiffs-Appellants Raymundo and Diana Landeros;
16. Underwood, Earl P. Jr., counsel for Plaintiffs-Appellants Raymundo and Diana Landeros;
17. Underwood & Reimer, P.C., law firm representing Plaintiffs-Appellants Raymundo and Diana Landeros;

# AMICUS CURIAE'S AMENDED UNOPPOSED MOTION TO EXTEND TIME TO FILE AMICUS CURIAE'S BRIEF

The court-appointed amicus curiae moves to extend the time to file his brief by 14 days, to January 23, 2017. In support of this motion, the undersigned states as follows:

1. This Court has appointed the undersigned attorney as amicus curiae to defend the District Court's judgment.

2. The amicus brief currently is due on January 9, 2017.

3. In light of the intervening Christmas and New Year's holidays and the amicus's other obligations, it would be in the interests of justice to extend the deadline an additional 14 days, to January 23, 2017.

4. It is necessary to make this request via written motion rather than by telephone because the current briefing schedule was set by the Court's November 30 order appointing the amicus.

5. Amicus curiae has consulted with counsel for all parties. They have no objection to this motion.

WHEREFORE, amicus curiae respectfully asks this Court to extend the time to file his brief by 14 days, to January 23, 2017.

s/ John C. Neiman, Jr.
John C. Neiman, Jr.
Amicus Curiae

OF COUNSEL:
MAYNARD COOPER & GALE P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203
(205) 254-1228
jneiman@maynardcooper.com

## CERTIFICATE OF SERVICE

On January 4, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following counsel:

Earl P. Underwood, Jr.
UNDERWOOD & REIMER, P.C.
21 South Section Street
Fairhope, AL 36532
epunderwood@alalaw.com

Neal D. Moore, III
FERGUSON FROST MOORE & YOUNG, LLP
1400 Urban Center Drive
Suite 200
Birmingham, AL 35242

/s/ John C. Neiman, Jr.
OF COUNSEL

## CERTIFICATE OF COMPLIANCE

This paper complies with:

(1) the 5,200-word limit for motions under Rule 27(a)(2)(A) because this paper, excluding parts exempted under the Rules, contains 176 words;

(2) the typeface requirements of Rule 32(a)(5) because I prepared this paper with a proportionately spaced typeface using Microsoft Word 2010; and

(3) the type-style requirements of Rule 32(a)(6) because I used 14-point, Times New Roman font.

/s/ John C. Neiman, Jr.
OF COUNSEL